# Third District Court of Appeal

## State of Florida

Opinion filed March 10, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1877
Lower Tribunal No. 18-30789

_____

**P.P.,**
Appellant,

vs.

**In Re: Rolando A. Perez, et al. vs. Maria Elena Perez,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Beatrice Butchko, Judge.

The Law Sebastian Ohanian, LLC, and Sebastian Ohanian, for appellant.

Arnaldo Velez, P.A., and Arnaldo Velez, for appellee Maria Elena Perez.

Before EMAS, C.J., and SCALES and LOBREE, JJ.

PER CURIAM.

Affirmed.